Donald L. JACKSON, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 02–7105.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 9, 2002.

Donald L. Jackson, Appellant Pro Se. Susan Foster Barr, Office of The ATTORNEY General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald L. Jackson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Jackson v. Angelone,* No. CA–02–161 (E.D.Va. July 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*